UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

In re:

CHARLOTTE AUTOMOTIVE CENTER SALES, LLC,

                Debtor.

Case No.: 22-30043

Chapter 11

## CERTIFICATE OF SERVICE

The undersigned certifies that the Notice to Creditors Holding Twenty Largest Unsecured Claims to which this Certificate is attached was served upon the party(s) to this action listed below by depositing a copy of the same, enclosed in a first-class postpaid, properly addressed wrapper, in a Post Office or official depository under the exclusive care and custody of the United States Postal Service on February 2, 2022.

/s/ Shelley K. Abel
Shelley K. Abel
United States Bankruptcy Administrator
402 W. Trade Street, Suite 200
Charlotte, NC  28202-1669
N.C. Bar #34370
Telephone:  (704) 350-7587   Fax:  (704) 344-6666

| | | |
|---|---|---|
| Essex Richards<br>1701 South Blvd.<br>Charlotte, NC 28203 | First National Bank of Pennsylvania<br>c/o William F. Kirk<br>1515 Mockingbird Ln., Ste. 4115<br>Charlotte, NC 28209 | First National Bank of Pennsylvania<br>c/o W. Walt Pettit, Esq.<br>6230 Fairview Rd., Ste. 315<br>Charlotte, NC 28210 |
| Manuel Ahumada<br>c/o Jeffrey McCraw, Esq.<br>Crisp Cherry McCraw, PLLC<br>615 S. College St., Ste. 1430<br>Charlotte, NC 28202 | Mecklenburg County Tax Collector<br>P.O. Box 31457<br>Charlotte, NC 28231 | |