UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| In re: ) | |
| ) | Case No.: 22-30043 |
| Charlotte Automotive Center Sales, LLC, ) | |
| ) | |
| ) | Chapter 11 |
| Debtor. ) | |

# CHAPTER 11 MONTHLY STATUS REPORT

**REPORTING PERIOD:**

FROM: January 28, 2022

TO: April 30, 2022

I certify under penalty of perjury that the information contained in this Monthly Status Report is true and correct to the best of my knowledge and belief.

| DEBTOR / TRUSTEE / LIQUIDATING AGENT: | DEBTOR 2 (if applicable): |
|---|---|
| Signature: [signed] | Signature: _____ |
| Printed: Theresa Finocchio | Printed: |
| Title: Member/Manager | Date: |
| Date: 5/6/2022 | |

*Penalty for making a false statement or filing a false report: Fine of up $500,000.00 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.*

☐ Check here if attaching an income statement in lieu of this cash receipts and disbursements page.

| | Totals | Account (- ) last 4 digits of acct no. | Account (- ) last 4 digits of acct no. | Account (- ) last 4 digits of acct no. | Account (- ) last 4 digits of acct no. |
|---|---|---|---|---|---|
| **Beginning Cash (G/L Balance)*** | $0.00 | | | | |
| Deposits from Cash Sales | | | | | |
| Collection of Accounts Receivable | | | | | |
| Rental Income | | | | | |
| New Borrowing | $6,441.22 | | | | |
| Intercompany Transfers | | | | | |
| Other | | | | | |
| Total Cash Receipts | $6,441.22 | | | | |
| | | | | | |
| **Cash Disbursements** | | | | | |
| Payments to Secured Creditors | | | | | |
| Payments of Prepetition Debt | | | | | |
| Equipment Leases | | | | | |
| Rent | | | | | |
| Inventory Purchases | | | | | |
| Supplies and Materials | | | | | |
| Freight/Shipping Costs | | | | | |
| Repairs/Maintenance | | | | | |
| Utilities | | | | | |
| Postage | | | | | |
| IT Services | | | | | |
| Fuel | | | | | |

* Beginning Cash Position is the same figure as the Ending Cash Position from the previous month.

| | Totals | Account (-     ) last 4 digits of acct no. | Account (-     ) last 4 digits of acct no. | Account (-     ) last 4 digits of acct no. | Account (-     ) last 4 digits of acct no. |
|---|---|---|---|---|---|
| Travel/Meals | | | | | |
| Advertising and Marketing | | | | | |
| Payroll Expense | | | | | |
| Payroll Tax (if not included in Payroll Expense) | | | | | |
| Bonuses | | | | | |
| Employee Benefits | | | | | |
| Payroll Fees | | | | | |
| 401(k)/FSA/HSA Transfers | | | | | |
| Employee Travel Reimbursement | | | | | |
| Workers' Compensation Insurance | | | | | |
| Property & Casualty Insurance | $4,388.22 | | | | |
| Other Insurance | | | | | |
| Sales Tax | | | | | |
| Property Tax | | | | | |
| Income Tax | | | | | |
| Credit Card Fees/Bank Charges | | | | | |
| Returns / Refunds / Charge-backs | | | | | |
| Professional Fees | $1,850.00 (for title work re sale of real property) | | | | |
| Quarterly Fees | | | | | |
| Intercompany Transfers | | | | | |
| Other/Misc (list below) | | | | | |
| - Secretary of State Annual Report | $203.00 | | | | |
| - | | | | | |
| - | | | | | |
| - | | | | | |

|  | Totals | Account (-____) last 4 digits of acct no. | Account (-____) last 4 digits of acct no. | Account (-____) last 4 digits of acct no. | Account (-____) last 4 digits of acct no. |
|---|---|---|---|---|---|
| **Total Cash Disbursements** | $6,441.22 |  |  |  |  |
|  |  |  |  |  |  |
| **Ending Cash (G/L Balance):** | $0.00 |  |  |  |  |

NOTE: Disbursements made by a third party on behalf of the Debtor must be included as a disbursement.

## PAYMENTS TO SECURED CREDITORS

☐ The debtor has no secured debt.

☒ No secured debt payments made during reporting period.

☐ All secured debt payments made during reporting period are listed below:

| Creditor | Collateral | Date of Payment | Amount |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

## PAYMENTS ON PREPETITION DEBT

☒ No payments have been made on prepetition unsecured debt during the reporting period.

☐ All payments made on prepetition unsecured debt during reporting period are listed below:

| Creditor | Docket No. and Date of Order Authorizing Payment | Date of Payment | Amount | Remaining Balance |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

# BANK ACCOUNTS

Note: All bank statements must be attached for each account, including copies of canceled checks. Please reproduce this page and complete for each account and attach the bank statement to the corresponding page.

Name of Bank:   In process of opening account   _____

Type of Account:  _____
(i.e., operating, payroll, tax, etc.)

Account Number:   -_____
(last 4 digits of account number)

Ending Balance (per the attached statement)   _____

Outstanding Deposits and Other Credits (list below):   _____

Outstanding Checks and Other Debits (list below):   _____

Ending Reconciled Balance: *   _____

Highest Daily Balance During Period   _____

*The sum of the ending balances of all accounts must reconcile with the Ending Cash Position on the Cash Receipts and Disbursements page.

| Outstanding Deposits / Other Credits | | | Outstanding Checks / Other Debits | | |
|---|---|---|---|---|---|
| Check No. | Payee: | Amount: | Check No. | Payee: | Amount: |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  | Total: |  | Total: |  |

## PAYMENTS FOR THE BENEFIT OF INSIDERS[1]

| Insiders | Relationship to Debtor | Nature of Payment | Gross Amount Paid |
|---|---|---|---|
| None | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | Total: | |

[1] "Insider" is a defined term in the Bankruptcy Code. 11 U.S.C. § 101(31).

## ACCOUNTS RECEIVABLE

☐ In lieu of the following chart, the debtor has attached an aging A/R report as of the end of the Reporting Period.

|  | Prepetition AR | Postpetition AR |
|---|---|---|
| Accounts Receivable as of Beginning of Period: | Possible claim against U. S. Tire for occupancy of real property | |
| Collection on Accounts Receivable: | | |
| Sales on Credit: | | |
| Accounts Receivable as of End of Period: | $ 117,000.00 | |

| Accounts Receivable* | Total | Collectible | Uncollectible |
|---|---|---|---|
| 0-30 days | | | |
| 31-60 days | | | |
| 61-90 days | | | |
| 91-120 days | | | |
| 120 days and over | | | |
| TOTAL | | | |

Intercompany Receivables as of the End of Period.

|  | Obligor | Amount |
|---|---|---|
| Due from | | |
| Due from | | |
| Due from | | |

## POSTPETITION LIABILITIES

All postpetition liabilities existing at the end of this reporting period must be listed below or on an aging payables report attached. Add additional rows as necessary.

☐ The Debtor has attached an aging payables report for the postpetition period as of the end of the Reporting Period.

| Name of Creditor | Due Date | Amount Due | Notes |
|---|---|---|---|
| R. Keith Johnson | 5/5/22 | $35,429.96 | Attorney fees & costs |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  | Total: | $35,429.96 |  |

## AFFIRMATIONS

1. ☒ Yes ☐ No ☐ N/A  Have all tangible assets of this bankruptcy estate are adequately and properly insured and all other insurance required by law or prudent business judgment are in force? The policies are listed below with their policy expiration dates.

| Type of Policy | Policy Expiration Date |
|---|---|
| Property | 1 March 2023 |
| Liability | 1 March 2023 |
|  |  |

2. ☒ Yes ☐ No ☐ N/A  Have all insurance policies and renewals, if applicable, have been submitted to the Bankruptcy Administrator?

3. ☐ Yes ☐ No ☒ N/A  Have all federal or state income tax returns have been filed timely? Copies of postpetition tax returns must be submitted to the Bankruptcy Administrator's Office.

4. ☐ Yes ☐ No ☒ N/A  Have all postpetition taxes (i.e., withholding, sales, etc.) or required postpetition estimated tax deposits been paid or deposited into a designated tax account?

    If you answered "no," list the types of taxes that are now due and owing if not listed on the postpetition liabilities page.

| Type of Tax | Amount Due as of Reporting Period End |
|---|---|
|  |  |
|  |  |
|  |  |

5. ☐ Yes ☒ No ☐ N/A  Have new Debtor-In-Possession ("DIP") bank accounts been opened and been reconciled. If you answered "no," list the date and docket no. of any order permitting Debtor to maintain prepetition accounts.

    Docket No.:        Date: In process of opening

6. ☒ Yes ☐ No  Have new DIP financial books and records been opened, and are they maintained regularly and current?

7. ☐ Yes ☐ No ☒ N/A  Have all postpetition financing agreements been approved by the Bankruptcy Court?

8. ☒ Yes ☐ No ☐ N/A  Have all payments made outside the ordinary course of business been approved by the Bankruptcy Court?

[end of report]